Dismissed and Memorandum Opinion filed October 2, 2008









Dismissed and Memorandum Opinion filed October 2,
2008.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-07-00641-CV

____________

 

IN THE
INTEREST OF S.D.J. and A.D.J.

 

 

 



 

On
Appeal from the 312th District Court

Harris
County, Texas

Trial
Court Cause No. 79-34580

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed May 18, 2007.  On September 22, 2008, the parties filed an
agreed motion to dismiss the appeal because all issues have been settled.  See Tex.
R. App. P. 42.1.  The motion is
granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed October 2, 2008.

Panel consists of Justices Yates,
Seymore, and Boyce.